## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No.: 14cr 10088 |
| | ) |
| v. | ) VIOLATIONS: |
| | ) |
| HAROLD BATES, | ) 21 U.S.C. § 963 – Conspiracy to Import |
| | ) Methylone |
| Defendant. | ) |
| | ) 21 U.S.C. § 960(a)(1) – Importation of |
| | ) Methylone |
| | ) |
| | ) 21 U.S.C. § 841(a)(1) – Possession with Intent |
| | ) to Distribute Methylone |
| | ) |
| | ) 18 U.S.C. § 2 – Aiding and Abetting |
| | ) |
| | ) 21 U.S.C. § 853 – Forfeiture Allegation |

### INDICTMENT

**COUNT ONE**:          (Title 21, United States Code, Section 963 – Conspiracy to Import
                        Methylone)

The Grand Jury charges that:

From a time unknown, but from no later than in or about November 2013, and continuing

through on or about December 26, 2013, at Rockland, Weymouth, and elsewhere in the District

of Massachusetts, and elsewhere,

### HAROLD BATES,

defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree

with others known and unknown to the Grand Jury, to import 3,4-methylenedioxy-N-

methylcathinone (also known as "Methylone" or "Molly"), a Schedule I controlled substance,

into the United States from a place outside thereof, contrary to Title 21, United States Code,

Sections 952(a) and 960(a)(1).

All in violation of Title 21, United States Code, Section 963.

**COUNT TWO**:     (Title 21, Section 960(a)(1) – Importation of Methylone; Title 18, United States Code, Section 2 – Aiding and Abetting)

The Grand Jury further charges that:

On or about December 7, 2013, in Rockland and elsewhere in the District of

Massachusetts,

### HAROLD BATES,

defendant herein, did knowingly and intentionally import 3,4-methylenedioxy-N-

methylcathinone (also known as "Methylone" or "Molly"), a Schedule I controlled substance,

into the United States from a place outside thereof.

All in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1), and Title

18, United States Code, Section 2.

3

**COUNT THREE**:    (Title 21, United States Code, Section 841(a)(1) – Possession with Intent to Distribute Methylone; Title 18, United States Code, Section 2 – Aiding and Abetting)

The Grand Jury further charges that:

On or about December 7, 2013 in Rockland, and elsewhere in the District of

Massachusetts,

**HAROLD BATES,**

defendant herein, did knowingly and intentionally possess with intent to distribute 3,4-

methylenedioxy-N-methylcathinone (also known as "Methylone" or "Molly").

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United

States Code, Section 2.

4

## FORFEITURE ALLEGATION
## (21 U.S.C. § 853)

The Grand Jury further charges that:

1.      Upon conviction of one or more of the offenses alleged in Counts One through Three of this Indictment,

### HAROLD BATES,

defendant herein, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

2.      If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant –

> (a)      cannot be located upon the exercise of due diligence;
>
> (b)      has been transferred or sold to, or deposited with, a third party;
>
> (c)      has been placed beyond the jurisdiction of the Court;
>
> (d)      has been substantially diminished in value; or
>
> (e)      has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All pursuant to Title 21, United States Code, Section 853.

**A TRUE BILL**

FOREPERSON OF THE GRAND JURY

JAMES E. ARNOLD
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS                March 27, 2014

Returned into the District Court by the Grand Jurors and filed.

Deputy Clerk   3/27/14 @ 3:30pm

6