UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 14-CR-10088-PBS |
| | ) | |
| HAROLD BATES, | ) | |
| Defendant. | ) | |

## UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF ASSETS

The United States of America, by and through its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, hereby files the following Bill of Particulars for Forfeiture of Assets.

On March 27, 2014, a federal grand jury sitting in the District of Massachusetts returned a three-count Indictment charging defendant Harold Bates (the "Defendant") with Conspiracy to Import Methylone, in violation of 21 U.S.C. § 963 (Count One), Importation of Methylone, in violation of 21 U.S.C. § 960(a)(1) and Aiding and Abetting, in violation of 18 U.S.C. § 2 (Count Two), Possession with Intent to Distribute Methylone, in violation of 21 U.S.C. § 841(a)(1) and Aiding and Abetting, in violation of 18 U.S.C. § 2 (Count Three).  The Indictment also contained a Forfeiture Allegation, which gave the Defendant notice that the United States sought forfeiture, pursuant to 21 U.S.C. § 853, upon conviction of the offenses alleged in Counts One through Three of the Indictment, of any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate to commission of, such violations.

Pursuant to, and without limiting in any manner the Forfeiture Allegation of the Indictment, the United States hereby gives notice that it is seeking forfeiture of, without limitation,

the following specific properties:

1. one Apple MacBook Pro laptop computer, bearing serial number W8716EKGWGL.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:  /s/ *Veronica M. Lei*
JAMES ARNOLD
VERONICA M. LEI
B.B.O. #673122
Veronica.Lei@usa.doj.gov
Assistant United States Attorneys
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Dated: July 13, 2015        (617) 748-3100

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing [and paper copies will be sent to those indicated as non-registered participants].

 /s/ *Veronica M. Lei*
VERONICA M. LEI
Dated: July 13, 2015        Assistant U.S. Attorney